IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:11-CR-04016-01-BCW |
| | ) | |
| TERRENCE LAMAR HAWKINS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. #57) granting the Government's Sealed Motion for a *Sell* Hearing and Brief in Support of Involuntary Administration of Medication (Doc. #44). On August 30, 2012 a hearing was held before Magistrate Judge Whitworth on the Government's Motion (Doc. #44). The United States filed no objections, though did respond, to the Report and Recommendation (Doc. #58). Defendant filed objections to the Report and Recommendation (Doc. #61). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Whitworth's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED the Magistrate's Report and Recommendation (Doc. #57) shall be attached to and made part of this Order. It is further

ORDERED the Government's motion (Doc. #44) requesting the Court to authorize forcible medication of Defendant Hawkins to render him competent to stand trial is GRANTED. It is further

1

ORDERED Defendant Hawkins is found to be incompetent, in that he is presently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense. It is further

ORDERED, pursuant to 18 U.S.C. § 4241(d), Defendant Hawkins shall be committed to the custody of the Attorney General, who shall hospitalize Defendant Hawkins for treatment with antipsychotic medication as specifically set forth in the Forensic Evaluation Report dated February 27, 2012, at a suitable facility for such a reasonable period, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit these proceedings to go forward. It is further

ORDERED at the expiration of 120 days, the Federal Medical Center, or the suitable facility at which Defendant Hawkins in hospitalized, shall provide to the Court a report of Defendant Hawkins' progress as set forth in 18 U.S.C. § 4241(d).

IT IS SO ORDERED.

DATED: <u>February 5, 2013</u>                     /s/ Brian C. Wimes
                                                   JUDGE BRIAN C. WIMES
                                                   UNITED STATES DISTRICT COURT

2

Case 2:11-cr-04016-BCW   Document 69   Filed 02/05/13   Page 2 of 2