IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 2:11-CR-04016-1-BCW |
| TERRENCE LAMAR HAWKINS, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. #88) denying Defendant Terrence Lamar Hawkins' Motion to Suppress (Doc. #78). Defendant filed objections (Doc. #103) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Whitworth's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED, for the reasons stated in the Report and Recommendation (Doc. #88), Defendant's Motion to Suppress (Doc. #78) is DENIED. It is further

ORDERED Magistrate Judge Whitworth's Report and Recommendation shall be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: August 28, 2014

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT