# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:11-CR-04016-BCW |
| ) | |
| TERRENCE LAMAR HAWKINS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Matt J Whitworth's Report and Recommendation (Doc. #116) denying Defendant's Motion to Dismiss the indictment (Doc. #104). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Whitworth's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #116), Defendant's Motion to Dismiss the indictment (Doc. #104) is DENIED. It is further

ORDERED that Magistrate Judge Whitworth's Report and Recommendation (Doc. #116) be attached to and made part of this Order.

IT IS SO ORDERED.


DATED: October 20, 2014            /s/ Brian C. Wimes
                                   JUDGE BRIAN C. WIMES
                                   UNITED STATES DISTRICT COURT